UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Samuel Israel III,

                                        Petitioner,           ORDER

          - against -                            14 Civ. 3470 (CM)
                                                              05 Cr.  1039 (1) (CM)

UNITED STATES OF AMERICA,

                                        Respondent.
-----------------------------------------------------------------x

McMahon, J.,

       It has recently come to the Court's attention that a petition was filed in the case, on May 8, 2014, accordingly, the United States of America shall file its answer or other response in the above entitled application pursuant to 28 U.S.C. § 2255 within 60 days of the date of this order. Petitioner may file reply papers, if any, no later than (30) days thereafter.

       The Clerk of the Court shall serve a copy of this Petition and all papers submitted by Petitioner upon the United States Attorneys Office via certified mail.

Dated: New York, New York
          May 15, 2014

SO ORDERED

_____
Colleen McMahon, U.S.D.J.